```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16347
    LESLIE PHYLLIS ROMERO
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3223


-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
      The case was filed on 12/11/2006 and was confirmed 03/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 01/08/2009.
-------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------
ILLINOIS DEPT OF REV      PRIORITY            1416.92         .00          1416.92
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00              .00
AMERICASH LOANS LLC       UNSECURED            949.19         .00           104.18
CREDIT BUREAU ACCOUNTS    UNSECURED         NOT FILED         .00              .00
CHILDRENS MEMORIAL HOSPI  UNSECURED         NOT FILED         .00              .00
CITY OF CHICAGO PARKING   UNSECURED            150.00         .00            16.44
SECRETARY OF STATE        NOTICE ONLY       NOT FILED         .00              .00
COMCAST                   UNSECURED         NOT FILED         .00              .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED         .00              .00
D&B RMS                   UNSECURED         NOT FILED         .00              .00
IL DEPT OF EMPLOYMENT SE  UNSECURED             862.00        .00            94.60
ILLINOIS DEPT OF EMP SEC  NOTICE ONLY       NOT FILED         .00              .00
NATIONAL QUICK CASH       UNSECURED             949.00        .00              .00
NORTHWESTERN MEMPRIAL HO  UNSECURED         NOT FILED         .00              .00
NORTHWEST COMMUNITY HOSP  UNSECURED         NOT FILED         .00              .00
CB ACCOUNTS               NOTICE ONLY       NOT FILED         .00              .00
US BANK/RETAIL PAYMENT    UNSECURED            1655.54        .00           181.69
SHORT TERM LOAN           UNSECURED         NOT FILED         .00              .00
TELECHECK                 UNSECURED         NOT FILED         .00              .00
TRANSWORLD SYSTEMS        UNSECURED         NOT FILED         .00              .00
TRANSWORLD SYSTEMS        NOTICE ONLY       NOT FILED         .00              .00
AFNI/VERIZON WIRELESS     UNSECURED            1133.23        .00           124.37
VILLAGE OF ARLINGTON HEI  UNSECURED         NOT FILED         .00              .00
INTERNAL REVENUE SERVICE  PRIORITY              339.74        .00           339.74
INTERNAL REVENUE SERVICE  UNSECURED          13181.84         .00          1446.70
IL DEPT OF EMPLOYMENT SE  UNSECURED            2231.97        .00           244.96
AMERICASH LOANS LLC       UNSECURED            2017.68        .00           221.42

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16347 LESLIE PHYLLIS ROMERO
```

```
ILLINOIS DEPT OF REV      UNSECURED          184.80              .00          16.57
MELVIN J KAPLAN           DEBTOR ATTY      2,929.00                        2,929.00
TOM VAUGHN                TRUSTEE                                            548.13
DEBTOR REFUND             REFUND                                             117.28

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   7,802.00

PRIORITY                                         1,756.66
SECURED                                               .00
UNSECURED                                        2,450.93
ADMINISTRATIVE                                   2,929.00
TRUSTEE COMPENSATION                               548.13
DEBTOR REFUND                                      117.28
                          ---------------        ---------------
TOTALS                    7,802.00               7,802.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/10/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 06 B 16347 LESLIE PHYLLIS ROMERO